JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEDRAK KHACHATURIAN,

Petitioner,

v.

FERETI SEMAIA, ET AL.,

Respondents.

Case No. 5:26-cv-02078-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody on Petitioner's prior conditions of release (if any condition existed prior to Petitioner's current detention, otherwise release without conditions). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of

conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance within **twenty-four hours**.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   May 4, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE